EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Jorge Gordon Menéndez | 2000 TSPR 69 |
| --- | --- |

Número del Caso: TS-10861

Fecha: 05/05/2000

Abogado del Peticionario:

Lcdo. Eduardo René Estades

Materia: Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Jorge Gordon Menéndez

TS-10861

RESOLUCION

San Juan, Puerto Rico, a 5 de mayo de 2000.

Examinada la moción de reinstalación del peticionario, se accede a lo solicitado. Por ende, se reinstala al peticionario al ejercicio de la abogacía efectivo el 8 de mayo de 2000.

**Publíquese**.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García, la Juez Asociada señora Naveira de Rodón y el Juez Asociado señor Fuster Berlingeri no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo